**This form to be completed by the United States District Court Clerk's Office and dated and signed by the Defendant only.**

## WAIVER OF SERVICE OF SUMMONS

TO: THE CLERK OF COURT, NORTHERN DISTRICT OF GEORGIA on behalf of:

**Donald Foxworth** (Plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of *Donald Foxworth vs. FirstSource Advantage LLC*, which is case number **1:12-cv-1359-SCJ** in the United States District Court for the Northern District of Georgia, Atlanta Division. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity of whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not filed with the court and served upon you within **60 days after MAY 2, 2012,** or within 90 days after that date if the request was sent outside the United States.

5/21/12
Date

Signature: James Duke
Printed/Typed Name: James Duke

[as General Counsel
[of Filstsource Advantage, LLC