# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH<br><br>    Plaintiffs,<br><br>v.<br><br>FIRSTSOURCE ADVANTAGE, LLC<br><br>    Defendant. | CIVIL ACTION<br>FILE NO. 1:12-cv-01359-SCJ-RGV |

## NOTICE OF APPEARANCE

COMES NOW, Kyle J. Vits, of Bedard Law Group, P.C., and hereby files his Notice of Appearance on behalf of the Defendant Firstsource Advantage, LLC. Request is made that the Court, Plaintiff and Counsel of Record include Kyle J. Vits in all further communication.

This 14th day of June, 2012.

Respectfully submitted,

BEDARD LAW GROUP, P.C.

/s/ Kyle J. Vits
Kyle J. Vits
Georgia Bar No. 824781

2810 Peachtree Industrial Blvd.,
Suite D
Duluth, Georgia 30097
Telephone:  678.253.1871
Facsimile:  678.253.1873
kvits@bedardlawgroup.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONALD FOXWORTH<br><br>        Plaintiffs,<br><br>v.<br><br>FIRSTSOURCE ADVANTAGE, LLC<br><br>        Defendant. | CIVIL ACTION<br>FILE NO. 1:12-cv-13559-SCJ-RGV |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served all parties of record with a copy of the foregoing Notice of Appearance by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Donald Foxworth
3841 Kensington Road
Unit D29
Decatur, Georgia 30032

*Plaintiff Pro Se*

This 14th day of June, 2012.             Respectfully submitted,

                                                            /s/ Kyle J. Vits
                                                            Kyle J. Vits
                                                            Georgia Bar No. 824781

2