# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONALD FOXWORTH**<br><br>    **Plaintiffs,**<br><br>v.<br><br>**FIRSTSOURCE ADVANTAGE, LLC**<br><br>    **Defendant.** | **CIVIL ACTION**<br>**FILE NO. 1:12-cv-01359-SCJ-RGV** |

## NOTICE OF APPEARANCE

COMES NOW, Michael K. Chapman of Bedard Law Group, P.C., and hereby files his Notice of Appearance on behalf of the Defendant Firstsource Advantage, LLC.  Request is made that the court, plaintiff and counsel of record include Michael K. Chapman in all further communication.

| | |
|---|---|
| This 2nd day of July, 2012. | Respectfully submitted,<br><br>**BEDARD LAW GROUP, P.C.**<br><br>/s/ Michael K. Chapman<br>Michael K. Chapman<br>Georgia Bar No. 322145 |

2810 Peachtree Industrial Blvd., Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871
Facsimile: (678) 253-1873
mchapman@bedardlawgroup.com

- 2 -

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONALD FOXWORTH**<br><br>      **Plaintiffs,**<br><br>v.<br><br>**FIRSTSOURCE ADVANTAGE, LLC**<br><br>      **Defendants.** | **CIVIL ACTION**<br>**FILE NO. 1:12-cv-01359-SCJ-RGV** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served all parties of record with a copy of the foregoing Notice of Appearance by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

Donald Foxworth
3841 Kensington Road
Unit D29
Decatur, Georgia 30032

*Plaintiff Pro Se*

This 2nd day of July, 2012.            Respectfully submitted,

                                           **BEDARD LAW GROUP, P.C.**

                                           /s/ Michael K. Chapman
                                           Michael K. Chapman
                                           Georgia Bar No. 322145