IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONALD FOXWORTH**<br><br>　　　Plaintiff,<br><br>v.<br><br>**FIRSTSOURCE ADVANTAGE, LLC**<br><br>　　　Defendant. | **CIVIL ACTION<br>FILE NO. 1:12-cv-01359-SCJ-RGV** |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

COMES NOW Firstsource Advantage, LLC, Defendant in the above-styled case, and by and through undersigned counsel, hereby submits its disclosures pursuant to FRCP 7.1 and LR 3.3, and states as follows:

**(1)** The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

　　　A.　Plaintiff　　　Donald Foxworth

　　　B.　Defendant　　Firstsource Advantage, LLC

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected

by the outcome of this particular case:

      A.    None.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding

      A.    Pro Se Plaintiff, Donald Foxworth, 3841 Kensington Road, Unit D29, Decatur, Georgia 30032

      B.    For Defendant, John H. Bedard Jr., Bedard Law Group, P.C., 2810 Peachtree Industrial Blvd., Suite D, Duluth, Georgia 30097.  Telephone:  (678) 253-1871, ext. 244; Facsimile:  (678) 253-1873; E-mail:  jbedard@bedardlawgroup.com

This 2nd day of July, 2012.        Respectfully submitted,

**BEDARD LAW GROUP, PC.**

/s/ John H. Bedard Jr.
John H. Bedard, Jr.
Georgia Bar No. 043473
Michael K. Chapman
Georgia Bar No. 322145
Kyle J. Vits
Georgia Bar No. 824781
*Counsel for Defendant*

2810 Peachtree Industrial Boulevard,
Suite D
Duluth, Georgia 30097
Telephone:  678.253.1871
Facsimile:  678.253.1873
jbedard@bedardlawgroup.com
mchapman@bedardlawgroup.com
kvits@bedardlawgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONALD FOXWORTH**<br><br>　　Plaintiff,<br><br>v.<br><br>**FIRSTSOURCE ADVANTAGE, LLC**<br><br>　　Defendant. | **CIVIL ACTION<br>FILE NO. 1:12-cv-01359-SCJ-RGV** |

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served all parties of record with a copy of Defendant's Certificate of Interested Persons and Corporate Disclosure Statement by depositing a copy of same in the United States Mail, with first-class postage affixed thereto, properly addressed as follows:

　　Donald Foxworth
　　3841 Kensington Road
　　Unit D29
　　Decatur, Georgia 30032
　　*Plaintiff Pro Se*

This 2nd day of July, 2012.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**BEDARD LAW GROUP, P.C.**

　　　　　　　　　　　　　　　　　　　　/s/ John H. Bedard Jr.
　　　　　　　　　　　　　　　　　　　　John H. Bedard Jr.
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 043473