USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

PLAINTIFF: Donald Foxworth
COURT CASE NUMBER: 1:12-CV-1359 SCJ

DEFENDANT: Firstsource Advantage LLC
TYPE OF PROCESS:

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Firstsource Advantage LLC
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 205 Bryant Woods South Amherst NY 14228-3609

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Donald Foxworth
3841 Kensington Rd D29
Decatur GA 30032

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (404) 292-7284
DATE:

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 19
District to Serve No.: 005
Signature of Authorized USMS Deputy or Clerk:
Date: 6-14-12

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Virginia Marczynski, Compliance Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 18 2012
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

Address (complete only different than shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode
Date: 7-3-2012
Time: 1:30 ☐ am ☒ pm
Signature of U.S. Marshal or Deputy:

Service Fee: $55
Total Mileage Charges including endeavors: 18=.55
Forwarding Fee:
Total Charges: $64.90
Advance Deposits:
Amount owed to U.S. Marshal* or (Amount of Refund*): $64.90

REMARKS: $9.90

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED
Form USM-285
Rev. 12/80